UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHAQUAN LAVENA LESANE | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:24-CV-564-FL |
| JULIE LYNN BELL, *Judge, in her official* | ) | |
| *and individual capacity,* and NORTH | ) | |
| CAROLINA DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES DIVISION OF | ) | |
| CHILD SUPPORT ENFORCEMENT | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on December 10, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED on the basis of Younger abstention and sovereign immunity, and pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's embedded motion for leave to amend DE9 is DENIED.

**This Judgment Filed and Entered on December 10, 2024, and Copies To:**
Shaquan Lavena Lesane (via CM/ECF Notice of Electronic Filing)


December 10, 2024                    PETER A. MOORE, JR., CLERK


                                        /s/ Sandra K. Collins
                        (By)      Sandra K. Collins, Deputy Clerk